NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FUTURE LINK SYSTEMS, LLC,**
*Plaintiff-Appellee*

v.

**REALTEK SEMICONDUCTOR CORPORATION,**
*Defendant-Appellant*

_____

2022-1879

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-00363-ADA-DTG, Judge Alan D. Albright.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     FUTURE LINK SYSTEMS, LLC v. REALTEK SEMICONDUCTOR
                                              CORPORATION

(2) Each side shall bear their own costs.

FOR THE COURT

November 3, 2022
        Date                          /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

**ISSUED AS A MANDATE:** November 3, 2022